

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

June 10, 2020

> A status conference is scheduled for September 9, 2020, at 10:45 AM.  Speedy trial time is excluded from July 20, 2020 until September 9, 2020, in the interest of justice.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   6/12/2020
> New York, New York

**VIA CM/ECF AND E-MAIL**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

Re:   *United States* v. *Kasheen Samuels*, S1 18 Cr. 306 (ER)

Dear Judge Ramos:

By email yesterday, the Court advised the parties that the trial date for the above-captioned matter, currently scheduled to begin on July 20, 2020, was being adjourned *sine die* in light of the ongoing COVID-19 crisis pursuant to Chief Judge McMahon's standing order dated April 20, 2020, 20-mc-197 (CM).  Thus, the Government respectfully requests that the matter be set for a control date on September 1, 2020.  The parties are continuing to discuss whether a pretrial resolution will be possible.  Thus, the Government requests exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the control date set by the Court in the interest of justice.  The Government has conferred with defense counsel, who consented to the exclusion of time through September 1, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:_____/s/_____
Jessica Fender
Jason Swergold
Assistant United States Attorneys
Southern District of New York
Tel:  (212) 637-2276 / 1023