UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

KASHEEN SAMUELS,

                            Defendant.
-----------------------------------------------------------X

ORDER

18-CR-306 (ER)

Ramos, D.J.:

The status conference previously scheduled for September 9, 2020, is hereby **rescheduled for September 10, 2020, at 12:00 p.m.**, and will occur remotely and by telephone.

As requested, defense counsel will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

Counsel is directed to call **(877) 411-9748** and use access code **3029857#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  Counsel should adhere to the following rules and guidelines during the hearing:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep or chime indicating that a caller was dropped from the call, counsel should pause to allow the Court to confirm that the court reporter has not been dropped from the call.

It is SO ORDERED.

Dated: September 3, 2020
       New York, New York

Edgardo Ramos, U.S.D.J.