UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

KASHEEN SAMUELS,

    Defendant.

**ORDER**

18-cr-306 (ER)

Ramos, D.J.:

The jury trial previously scheduled to commence on February 15, 2021, is hereby rescheduled, and the following case scheduling order is hereby adopted:

1. The trial will commence on **Monday, July 26, 2021 at 9:30 AM.**

2. Motions *in limine* are due **June 28, 2021** and oppositions are due **July 12, 2021.**

3. Proposed jury instructions, *voir dire* questions, and verdict sheet are due **June 28, 2021** and objections thereto are due **July 12, 2021.**

4. The Final Pretrial Conference will be held on **Thursday, July 22. 2021, at 2:00 PM.**

It is SO ORDERED.

Dated: New York, New York
      December 10, 2020

_____
Edgardo Ramos, U.S.D.J.