UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    –v–<br><br>KASHEEN SAMUELS,<br><br>                Defendant. | **ORDER**<br><br>18-cr-0306 (ER) |

Ramos, D.J.:

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules cases for jury selection. The Court has been notified that this case is scheduled for **jury selection on July 21, 2021 at 9:30 a.m.**

      Trial will commence, as previously scheduled, on **July 26, 2021, at 9:30 a.m.** The July 22 final pretrial conference is hereby rescheduled for **July 19, 2021 at 2:30 a.m.**

      SO ORDERED.

Dated: June 3, 2021
       New York, New York

                                                          Edgardo Ramos, U.S.D.J.