UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA,         :

                                                   **ORDER**
                                      :         **18 Cr. 306 (ER)**

        -against-

                                      :

**KASHEEN SAMUELS,**               :

        **Defendant.**           :

---------------------------------x

     Upon the application of Jason E. Foy, Esq. and James B. Seplowitz, Esq. the assigned attorneys for the defendant, KASHEEN SAMUELS (Federal Register #35286-183), for an order authorizing counsel and/or family members to be able to provide trial clothes to the defendant.

     **IT IS HEREBY ORDERED** that the attorneys for the defendant may provide trial clothes (1 suit, 3 button down dress shirts, and 1 tie) to the defendant at the Metropolitan Correctional Center (MCC) and family members for the defendant may provide additional trial clothes (1 Blazer, 1 pants/slacks, 2 button down dress shirts, 2 ties, 1 pack of black socks, 1 pair of black shoes, and 1 belt) to the defendant at MCC. **IT IS FURTHER ORDERED** that the defendant be permitted to wear the clothing pursuant to this Order during every court appearance from July 21, 2021 (jury selection) until the trial is concluded.

Dated: July 14, 2021
New York, New York

                                                  _____
                                                  HONORABLE EDGARDO RAMOS
                                                  District Judge of the SDNY