

**FOY & SEPLOWITZ LLC**
attorneys at law

| | |
|---|---|
| 105 MAIN STREET<br>HACKENSACK, NJ 07601<br>TEL: 201-457-0071<br>FAX: 201-457-0072 | 30 WALL STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL: 212-709-8230 |

WWW.FOYSEPLOWITZ.COM

August 5, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __8/5/2021__

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:    **United States v. Kasheen Samuels**
            Docket No. 18 Cr. 306 (ER)

Dear Judge Ramos:

On July 23, 2021, the defense made an application in which it objected to the composition of the jury venire on the grounds that it did not represent a fair cross-section of the community. The Court denied the application without prejudice for the reasons placed on the record.

To further explore this issue, the defense respectfully requests that the Court order the Jury Administrator to provide a copy of the jury screening questionnaire used by the Southern District of New York and any other related documents.

Thank you for your thoughtful consideration in this matter.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

JASON E. FOY
jfoy@foyseplowitz.com

---

The Jury Administrator is respectfully directed to provide defense counsel with a copy of the juror screening questionnaire used by this Court for the venire in this matter.

SO ORDERED.

                                                  _____
                                                  Edgardo Ramos, U.S.D.J
                                                  Dated: __8/5/2021__
                                                  New York, New York