

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

November 3, 2021

Honorable Edgardo Ramos, DCJ
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/10/2021

**MEMO ENDORSED**

    **Re:**    **US v. Kasheen Samuels**
           **18 cr 306 (ER)**
           **First Sentencing Adjournment Request**

Dear Judge Ramos:

With the consent of the government, please allow this letter to serve as an adjournment request for the November 18, 2021 sentencing proceedings. Defendant Samuels is requesting a 90-day adjournment to provide sufficient time to permit our mitigation specialist to provide us with a report that will be incorporated into our sentencing submissions. We also need additional time to respond to the draft PSR provided by the Department of Probation.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

    cc:    Kasheen Samuels
           AUSA Jessica Fender
           AUSA Mollie Bracewell
           AUSA Christopher Brumwell

Sentencing is adjourned to February 22, 2021 at 3:30 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 11/10/2021
New York, New York