UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

       - against -

KASHEEN SAMUELS,                                          **RESCHEDULING NOTICE**

                  Defendant.       18 Cr. 306 (ER)
-------------------------------------------------------x

The sentencing hearing previously scheduled for April 13, 2022 at 3:30 p.m., is **rescheduled for 2:00 p.m. on April 13**. The hearing will be held at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 905.

Dated: New York, New York
       April 11, 2022

                                       s/ Jazmin Rivera
                                       Jazmin Rivera, Courtroom Deputy