UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kasheen Samuels,<br>Defendant. | **ORDER**<br><br>**18 Cr. 306 (ER)** |
| Kasheen Samuels,<br>Petitioner,<br><br>v.<br><br>United States of America,<br>Respondent. | **25 Civ. 4779 (ER)** |

RAMOS, D.J.:

Kasheen Samuels, who is proceeding *pro se*, moved for relief from his conviction pursuant to 28 U.S.C. § 2255 on June 4, 2025. Doc. 1..[1] After the government responded to his motion, Samuels requested a 60-day extension of his deadline to file a reply, which the Court granted on March 12, 2026. Doc. 14. Under the revised briefing schedule, Samuels's reply brief was due May 4, 2026. *Id.* However, as of October 9, 2026, the Court has not yet received his reply.

Samuels is therefore directed to file a reply brief by October 23, 2026. Failure to do so will result in the motion being deemed fully briefed. The Clerk of the Court is respectfully requested to mail Samuels a copy of this order.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.

[1] All docket citations reference 25 Civ. 4779.